UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| STONEY EAGLE BARTLETT,  )  <br>  ) <br> Plaintiff,  ) <br>   ) <br> v.   ) <br>   ) <br> JO ANNE B. BARNHART,  ) <br> Commissioner of Social Security,  ) <br>   ) <br> Defendant.  ) | Civil No. 05-23-B-W |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objections having been filed to the Magistrate Judge's Recommended Decision filed August 9, 2005, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Commissioner's decision be and hereby is VACATED and the case REMANDED for further proceedings.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 29th day of August, 2005